JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CLAIR DEANDREA SMITH,

    Plaintiff,

       v.

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

No. 5:25-cv-03189-SP

JUDGMENT

    Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: May 29, 2026

HON. SHERI PYM
United States Magistrate Judge

-1-